B6F (Official Form 6F) (12/07)

In re **Jerome M McCaughey**, Case No. **6:11-bk-11329**
　　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Anne Mishica**<br><br>**Anne Mishica**<br>**c/o Thomas A. Bellamore, Esq.**<br>**3 Teramo Court**<br>**Newport Coast, CA 92657** | X | - | 10/2007<br>**Collection account - Claim made to Insurance Company against McCaughey Engineering** | | | | 57,674.69 |
| Account No. **xxxxxxxxxxx5XXX**<br><br>**Bank of America**<br>**PO Box 17054**<br>**Wilmington, DE 19850** | | - | 05/1997<br>**Revolving credit card used to pay various bills for McCaughey Engineering** | | | | 33,605.00 |
| Account No. **xxxx xxxx xxxx 4650**<br><br>**Bank of America**<br>**PO Box 15731**<br>**Wilmington, DE 19886** | X | - | **Revolving line of credit used to purchase office supplies for McCaughey Engineering** | | | | 8,664.21 |
| Account No. **xxxx xxxx xxxx 2615**<br><br>**CitiBank**<br>**PO Box 6575**<br>**The Lakes, NV 88901** | | - | **Revolving credit card** | | | | 2,400.34 |

___3___ continuation sheets attached

Subtotal (Total of this page)　　**102,344.24**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jerome M McCaughey**, Case No. **6:11-bk-11329**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community / HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dr. Gerald Corey**<br>**PO Box 2038**<br>**Idyllwild, CA 92549** | | - | **Promissory Note - Second Deed of Trust on Property used as office and yard for McCaughey Engineering** | | | | **100,000.00** |
| Account No. **Mc Caughey Construction**<br><br>**Forest Lumber**<br>**PO Box 248**<br>**Idyllwild, CA 92549** | X | - | **06/2009**<br>**Collection account for lumber and hardware purchased for construction jobs for McCaughey Engineering** | | | | **11,000.00** |
| Account No. **xxxx0815**<br><br>**Goldsmith & Hull**<br>**16933 Parthenia Street**<br>**Northridge, CA 91343** | X | - | **01/6/2009**<br>**Collection account for Legal Action from Anne Mishica regarding claim made through Insurance against McCaughey Engineering** | | | | **63,338.23** |
| Account No. **xxxxx8287**<br><br>**Guaranty Bank**<br>**8333 Douglas Avenue**<br>**Dallas, TX 75225** | | - | **ongoing credit line for McCaughey Engineering expenses** | | | | **44,936.45** |
| Account No. **xxxxxxxxxxxXXXX**<br><br>**HSBC**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | | - | **02/1993**<br>**Revolving credit card for maintenance items for McCaughey Engineering office** | | | | **2,121.00** |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **221,395.68**

In re **Jerome M McCaughey**, Debtor

Case No. **6:11-bk-11329**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 7576**<br><br>**HSBC**<br>**PO Box 60119**<br>**City of Industry, CA 91716** | | - | **Revolving credit card for office expenses** | | | | **1,638.49** |
| Account No. **McCaughey**<br><br>**Mayers' Glass Corporation**<br>**125 N Yale Street**<br>**Hemet, CA 92544** | X | - | **Collection account for job related glazing products** | | | | **1,950.44** |
| Account No. **xxxxxxxxXXXX**<br><br>**OneWest Bank**<br>**6900 Beatrice Drive**<br>**Kalamazoo, MI 49009** | | - | **01/2002**<br>**Collection account for property used as Office and yard for McCaughey Engineering** | | | | **224,838.00** |
| Account No.<br><br>**Rick & Cindy Fite**<br>**PO Box 501**<br>**Idyllwild, CA 92549** | | - | **Promissory Note - loan used for property used for Office and Yard for McCaughey Engineering** | | | | **20,000.00** |
| Account No. **xx-xxx-x250-6**<br><br>**Shell/Citibank SD**<br>**PO Box 689010**<br>**Des Moines, IA 50368-9151** | | - | **Revolving line of credit used for fuel for trucks and equipment used for McCaughey Engineering** | | | | **744.81** |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **249,171.74**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jerome M McCaughey**, Case No. **6:11-bk-11329**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Specialty Woodworks, Inc.**<br>**942 E. Lincoln, #3**<br>**Banning, CA 92220** | X | - | **06/2008**<br>**Revolving line of credit for Cabinets for a job for McCaughey Engineering** | | | | **1,550.00** |
| Account No. **xxxx-xx57-12**<br>**State Farm Insurance**<br>**PO Box 2746**<br>**Jacksonville, FL 32232-2746** | | - | **Collection account for Insurance on Property used as Office and Yard for McCaughey Engineering** | | | | **1,194.00** |
| Account No. **xxxx xxxx xxxx 1331**<br>**Wells Fargo**<br>**PO Box 54349**<br>**Los Angeles, CA 90054-0349** | | - | **Revolving credit card for monthly operations for McCaughey Engineering** | | | | **82,062.26** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **84,806.26**

Total (Report on Summary of Schedules) **657,717.92**

B6H (Official Form 6H) (12/07)

In re   **Jerome M McCaughey**                                              ,                    Case No.   **6:11-bk-11329**
                                    Debtor

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **McCaughey General Engineering**<br>**25625 Highway 243, PO Box 21**<br>**Idyllwild, CA 92549** | **Anne Mishica**<br>**c/o Thomas A. Bellamore, Esq.**<br>**3 Teramo Court**<br>**Newport Coast, CA 92657** |
| **McCaughey General Engineering**<br>**25625 Highway 243, PO Box 21**<br>**Idyllwild, CA 92549** | **Forest Lumber**<br>**PO Box 248**<br>**Idyllwild, CA 92549** |
| **McCaughey General Engineering**<br>**25625 Highway 243, PO Box 21**<br>**Idyllwild, CA 92549** | **Goldsmith & Hull**<br>**16933 Parthenia Street**<br>**Northridge, CA 91343** |
| **McCaughey General Engineering**<br>**25625 Highway 243, PO Box 21**<br>**Idyllwild, CA 92549** | **Mayers' Glass Corporation**<br>**125 N Yale Street**<br>**Hemet, CA 92544** |
| **McCaughey General Engineering**<br>**25625 Highway 243, PO Box 21**<br>**Idyllwild, CA 92549** | **Specialty Woodworks, Inc.**<br>**942 E. Lincoln, #3**<br>**Banning, CA 92220** |
| **McCaughey General Engineering**<br>**25625 Highway 243, PO Box 21**<br>**Idyllwild, CA 92549** | **Bank of America**<br>**PO Box 15731**<br>**Wilmington, DE 19886** |

**0**
_____ continuation sheets attached to Schedule of Codebtors