FormCACB 102 (AO:ch7closedwodischarge) (10/05)

# United States Bankruptcy Court
# Central District Of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

# NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Jerome M McCaughey
**SSN:** xxx–xx–4276
**EIN:** N/A
aka Jerry M McCaughey, aka Jerry Mark McCaughey, aka J McCaughey, aka Jerome McCaughey

50065 Palencia Court
La Quinta, CA 92253

**BANKRUPTCY NO.** 6:11–bk–11329–MJ
**CHAPTER** 7

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: May 4, 2011

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form rev. 10/05) VAN–102 clsnodsc

**12 / MAL**